UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :

                                  :    CRIMINAL  2:8cr432-1(SRC)

      v.                         :

                                  :         ORDER

JAMES M BARNETT

                                  :

    The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    It is on this  12th  day of September  2014,

    O R D E R E D  that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by Lisa Mack, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

                                               _____
                                               STEVEN C. MANNION
                                               United States Magistrate Judge