AO 92
(Rev. 6/83)

COMMITMENT

# United States District Court

| | |
|---|---|
| **DISTRICT** | New Jersey |
| UNITED STATES OF AMERICA V. JAMES BARNETT | **DOCKET NO.** 2:8cr432-1(SRC) |
| | **MAGISTRATE CASE NO.** |

The above named defendant was arrested upon the complaint of

charging a violation of   18 USC § 2252

**DISTRICT OF OFFENSE**   New Jersey

**DATE OF OFFENSE**

**DESCRIPTION OF CHARGES:**

Sexual Exploitation

**BOND IS FIXED AT**
$   Detained

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

9/12/14
Date

[Signature]
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |